MARIA ZAYAC
108 EAST 38th STREET (602)
NEW YORK, NY 10016

APRIL 19, 2011

JUDGE CROTTY
U.S. DISTRICT COURT HOUSE
500 PEARL STREET
NEW YORK, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 26 APR 2011
```

DEAR JUDGE CROTTY,

   WITH REFERENCE TO CASE # 10 CIV. 9291, I AM WRITING TO ASK FOR AN EXTENSION TO FILE A CLAIM "PURSUANT TO RULE G OF THE SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS OF THE FEDERAL RULES OF CIVIL PROCEDURE."

   TODAY, WHEN I INFORMED MS. KAN M. NAWADAY, THE ASSISTANT U.S. ATTORNEY IN CHARGE OF THIS CASE, THAT MY INSURANCE COMPANY STILL HAS NOT REACHED A DECISION ON WHETHER THEY WILL COVER MY DEFENSE EXPENSES (THE COMMITTEE CHARGED WITH THAT DECISION FINALLY CONCLUDED THEY COULDN'T REACH A DECISION AND HAVE SENT THE CLAIM UP TO A HIGHER LEVEL), SHE VERY KINDLY AGREED AGAIN NOT TO OBJECT TO A FURTHER SIX(6) WEEKS EXTENSION FROM THE CURRENT APRIL 25, 2011 TO A JUNE 6, 2011 FILING DATE.

   I HEREBY REQUEST SUCH A SIX(6) WEEK EXTENSION TO JUNE 6, 2011 TO FILE MY CLAIM.

   THANK YOU AGAIN FOR YOUR TIME AND ATTENTION TO THIS REQUEST.

SO ORDERED: 26 APR 2011

/s/ Paul Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

"Copies Mailed By Chambers"

SINCERELY YOURS,
Maria Zayac

MEMO ENDORSED

Ms. M. Zayac
108 E 38th St Apt 602
New York, NY 10016-2628

**CERTIFIED MAIL**

7011 0110 0000 0218 5034

U.S. POSTAGE PAID
NEW YORK, NY
10017
APR 19, '11
AMOUNT
$3.29
00050139-01

Judge Crotty
U.S. District Court House
500 Pearl Street
New York, NY 10007